JOSEPH PARETTI, RESPONDENT, v. FRANK M. MITCHELL, RECEIVER, ET AL., APPELLANTS.

Submitted October 27, 1933—Decided February 2, 1934.

For the appellants, *Autenreith, Garrison & Wortendyke.*

For the respondent, *Ziegener & Brenner.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, HEHER, PERSKIE, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.   13.

*For reversal*—None.